**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------X

UNITED STATES OF AMERICA,

v. **26-CR-65 (NGG)**

MURIELLE MISZCZAK,

Defendant.

---------------------------------------------------------X

**LETTER REQUEST FOR TEMPORARY MODIFICATION OF TRAVEL RESTRICTIONS**

Hon. Nicholas G. Garaufis
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Dear Judge Garaufis:

I represent the Defendant, Murielle Miszczak in the above-referenced matter. Ms. Miszczak entered a plea of guilty and is currently released on bond pending sentencing, which is scheduled for September 2026. She has remained fully compliant with all conditions of her pretrial release, including electronic monitoring.

On behalf of Ms. Miszczak, I respectfully request temporary modification of the travel restrictions in her release order to permit a short family trip by ground transportation to Wildwood, New Jersey, from August 11 through August 15 (approximately four nights).

The purpose of the trip is to spend a few days with her children at Wildwood, New Jersey, a longstanding family summer destination. Ms. Miszczak seeks to create additional positive memories with her children before her sentencing.

She has provided the following travel information to my office which I in turn provided to pretrial services:

- Method of Travel: Ground transportation only. No air travel.
- Accommodations: Hotel Cabana, 423 E. 23rd Avenue, North Wildwood, NJ 08260
- Travelers: Ms. Miszczak and her children, Imani Ballantyne-Misczak, age 16, Saion Misczak-Phillip, age 12, and Lael Misczak-Phillip, age 10.

- Itinerary: Drive from the New York area to Wildwood, New Jersey; remain in the Wildwood area for the duration of the stay; return by ground transportation on the date indicated above.

I have conferred with Ms. Miszczak's Pretrial Services officer. Pretrial Services has indicated it has no objection to the requested travel, on the condition that Ms. Miszczak does not submerge her ankle monitor (including no swimming or other activities that would subject the device to sand).

Assistant United States Attorney Shannon C. Jones has advised that the government will defer to Pretrial Services' position and does not object to the request.

Ms. Miszczak has been fully compliant with her release conditions to date. The proposed travel is short in duration, limited in geographic scope, involves only ground transportation, and is for a legitimate family purpose. She understands and agrees to the condition imposed by Pretrial Services regarding her ankle monitor and will remain fully subject to electronic monitoring and all other conditions of release during the trip.

Accordingly, I respectfully request that the Court enter an order temporarily modifying the travel restrictions in Ms. Miszczak's release order to permit the travel described above, subject to the condition that she not submerge her ankle monitor and subject to any additional conditions the Court or Pretrial Services deem appropriate.

I am available to answer any questions the Court may have although I am taking my own summer vacation from August 6-16.

Respectfully submitted,



Lowell Sidney
Counsel for Murielle Miszczak
244 Fifth Avenue - Suite #Q278
New York, New York 10001
888-222-0513
Lowell@sidneylaw.com

cc: Shannon C. Jones, AUSA
Pretrial Services Officer Colon