**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

FR:CSK
F. #2025R00642

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 9, 2026

By ECF
The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Murielle Misczak
Criminal Docket No. 25-254 (NGG)

Dear Judge Garaufis:

Enclosed please find a proposed Order of Forfeiture (the "Order") in the above-referenced case, the terms of which the defendant, Murielle Misczak, has agreed to in connection with her guilty plea before Your Honor on June 11, 2026. The government respectfully requests that the Court enter the enclosed Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

Thank you for Your Honor's consideration of this submission.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Claire S. Kedeshian
Claire S. Kedeshian
Assistant U.S. Attorney
(718) 254-6051

Encl.: Order of Forfeiture
cc: Counsel of Record (by ECF)