**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SCJ
F. #2025R00642

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 18, 2026

By ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: United States v. Murielle Misczak
Criminal Docket No. 26-65 (NGG)

Dear Judge Garaufis:

The Court set the sentencing hearing for the defendant Murielle Misczak for November 17, 2026 at 11:00am. Unfortunately, the government now has a conflicting court appearance at that time. I respectfully request that Ms. Misczak's sentencing hearing be moved to November 16, 2026 at 11:30am. I have conferred with defense counsel, and he consents to this request.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/ Shannon C. Jones
Shannon C. Jones
Assistant U.S. Attorney
(718) 254-6379

cc: Clerk of the Court (NGG) (by ECF)